IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR51 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN J. WATT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On this 5th day of March, 2009, the petition for offender under supervision (Filing No. 27) came on for hearing. Kevin Watt was present and represented by his counsel, Karen Shanahan. Watt admitted to allegations 1, 4 and 5. The United States dismissed allegations 2 and 3. The Court proceeded to disposition. Accordingly,

IT IS ORDERED that Kevin Watts' supervised release is revoked. He is committed to the United States Bureau of Prisons for six (6) months. After his release from prison, he will begin a two-year term of supervised release under the same conditions previously imposed.

DATED this 5th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this
_____ day of _____, 200__.

_____
_____Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the
_____ day of _____, 200__ to
_____, with a certified copy of
this judgment.

_____        UNITED STATES WARDEN

                                       By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served
upon the defendant this _____ day of _____, 200___.

_____        UNITED STATES WARDEN

                                       By: _____

2